# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of February, two thousand and twenty-four,

_____

Mary Doe,

    Plaintiff - Appellant,

Jane Smith, Jill Park, Ann Jones, Dr. Amy Moe,

    Plaintiffs,

v.

Kathy Hochul, as Governor of the State of New York in her official capacity, Letitia James, as Attorney General of the State of New York in her official capacity, Stephanie Schulman, Deputy Director, Division of Hospitals and Diagnostic and Treatment Centers, New York State Department of Health in her offical capacity, FKA Deirdre Astin, M.D. Arthur S. Hengerer, Chair, New York State Department of Health Office of Professional Medical Conduct in his official capacity, M.D., J.D. Howard A. Zucker, Deputy Commissioner Sarah Benson, New York State Education Department's Office of the Prosessions in her official capacity, Donna Frescatore, New York Medicaid Director, in her official capacity, Sheila J. Poole, Commissioner of the New York State Office of Children and Family Services (OCFS), in her official capacity,

    Defendant - Appellees.

ORDER
Docket No. 23-686

_____

    New York University School of Law Reproductive Justice Clinic and Pregnancy Justice move for leave to file an amicus curiae brief in support of the Appellees.

    IT IS HEREBY ORDERED that the motion is GRANTED.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

